AMERICAN CREDIT ACCEPTANCE
961 EAST MAIN STREET
SPARTANBURG SC 29302

CREDIT ONE BANK
PO BOX 988873
LAS VEGAS NV 89193

POTOMAC EDISON
341 WHITE POND DRIVE
AKRON OH 44320

T-MOBILE BANKRUPTCY TEAM
PO BOX 53410
BELLEVUE WA 98015-3410

VERIZON WIRELESS
777 BIG TIMBER ROAD
ELGIN IL 60123-1401

AT&T
PO BOX 5014
CAROL STREAM IL 60197-5014

FIRST PREMIER BANK
PO BOX 1348
SIOUX FALLS SD 57101-1348

FILED
**May 12, 2026**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Harrisburg